PEOPLE v. DIETERICH.

INTOXICATING LIQUORS—OFFENSES—INFORMATION—SELLING WITH-
OUT LICENSE—VARIANCE.

> On a prosecution for engaging in the business of selling intox-
> icating liquors without having paid the tax, the people are
> not limited to the precise date laid in the information.

Exceptions before judgment from Emmet; Shepherd,
J. Submitted November 16, 1905. (Docket No. 238.)
Decided December 30, 1905.

Gottlieb Dieterich was convicted of violating the liquor
law. Affirmed.

*M. F. Guinon*, for appellant.

*Wade B. Smith*, Prosecuting Attorney, for the people.

MONTGOMERY, J. The principal question in this case
is whether the court ought to have charged that the jury
must acquit the respondent, unless they were satisfied be-
yond a reasonable doubt that on the 11th day of October,
1904, the respondent was engaged in the business of sell-
ing intoxicating liquors by retail, without having paid the
tax required by law to be paid upon such business; the
11th day of October being the date alleged in the informa-
tion as the time when the offense was committed.

Defendant's counsel contended below, and contends here,
that the prosecution was limited to the precise date named
in the information. The circuit judge held otherwise.
In this no error was committed. *People* v. *Ten Elshof*,
92 Mich. 167.

Complaint is also made of the admission of proof of pre-
vious sales to establish a substantive offense. The answer
to this complaint is that the record very clearly shows

that the testimony was not received by the court or tendered by the prosecutor as proof of a substantive offense.

No error appears.

Judgment is affirmed.

Grant, Blair, Ostrander, and Hooker, JJ., concurred.